UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GARNER

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

20-658-SDD-SDJ

**RULING**

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated August 12, 2021, to which an *Objection*[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims, and Plaintiff's federal claims are hereby DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that this case be CLOSED.

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana the 7 day of October, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.
[3] Rec. Doc. 7.